UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTONIO W.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security,**<br><br>    Defendant. | Civil Action No.<br>20-cv-1920 |

## ORDER

Upon consideration of Plaintiff's Motion for Judgment of Reversal, ECF No. 12–1, Defendant's Motion for Judgment of Affirmance, ECF No. 14, the entire record herein, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the accompanying opinion.

**SO ORDERED.**

Date: June 2, 2023

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

1